CO-386-online
10/03



# United States District Court
# For the District of Columbia

M.C. Dixon Lumber Company, Inc.,   )
                                                 )
                                                 )
                            Plaintiff   )    Civil A    Case: 1:08-cv-00281
         vs                               )                Assigned To : Friedman, Paul L.
CSX Transportation, Inc. et al.,     )                Assign. Date : 2/15/2008
                                                 )                Description: Antitrust
                                               )
                          Defendant  )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __M.C. Dixon Lumber Company, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __M.C. Dixon Lumber Company, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

DC 359804
BAR IDENTIFICATION NO.

Steven A. Skalet
Print Name

1250 Connecticut Ave. NW, Suite 300
Address

Washington     DC     20036
City              State    Zip Code

(202) 822-5100
Phone Number

